**No. 62957.**—George G. Wagner Co. and Frank P. Dow & Co., Inc. v. United States, protest 58/5032 (San Francisco).

Opinion by RAO, J.  In accordance with oral stipulation of counsel that the items invoiced as "number 281 Squeezing Monkey" were in chief value of india rubber, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 6, 1959

**No. 62958.**—J. J. Hayes Company for Firestone Tire & Rubber Co. v. United States, protest 58/10593 (New York).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62959.**—J. J. Boll v. United States, protests 58/11251, 58/11246, and 58/11247 (New York).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution, and for failure to pay the increased duties due.

BEFORE THE SECOND DIVISION, APRIL 9, 1959

**No. 62960.**—Curt L. Sterner Co., Inc. v. United States, protest 58/909 (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.